**Opinion issued October 6, 2016**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-16-00691-CV

_____

**EUGENIA BASSI, Appellant**

**V.**

**REVERSE MORTGAGE SOLUTIONS, INC., Appellee**

On Appeal from the Probate Court No. 4
Harris County, Texas
Trial Court Case No. 423919-401

## MEMORANDUM OPINION

Appellant, Eugenia Bassi, has filed an unopposed motion to dismiss this appeal, stating the parties have reached a settlement. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. More than 10 days have passed and no party has responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a), 43.2(f). We dismiss any pending motions as moot. In accordance with appellant's request, the mandate will issue immediately.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.